mously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under Two Certain Deeds of Trust Dated August 15, 1919, Made by WILLIAM WALDORF ASTOR, Appellant, v. THE BANK OF UNITED STATES and Another, Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM SIEGRIST, JR., as Trustee in Bankruptcy of REES, SCULLY & FORSHAY, INC., Appellant, v. FLORENCE S. ERSKINE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of GEORGE E. WOBBER, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— Order of certiorari unanimously dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ALBERT BEHAR, an Infant, by DAVID BEHAR, His Guardian ad Litem, and DAVID BEHAR, Individually, Respondents, v. JOHN MEEHAN & SON, INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that there was no proof as to how the accident happened. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FANNIE HECHT, Respondent, v. ISAAC T. FLATTO, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANNA KENNEDY, Appellant, v. LONG ISLAND CITY SAVINGS BANK, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROSENSTOCK FUNERAL PARLOR, INC., Respondent, v. JESSE L. ROSENBERG (Also Known as JESSE ROSENBERG) and Others, Appellants, Impleaded with Others.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MICHAEL J. HIGGINS, Respondent, v. NEW YORK FLORISTS SUPPLY CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon and Dore, JJ., dissent and vote to reverse and dismiss the complaint.

HENRY BERN, Appellant, v. BENJAMIN H. KAUFMAN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BERTHA HUBERT and NELLIE FISHER, Respondents, v. CARLL TUCKER, Appellant, Impleaded with Another.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK KOHLER, Otherwise Called FRANK KOEHLER, Appellant.— Judgment unanimously affirmed.

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of Louis Nachbar, Petitioner, for an Order of Certiorari against Henry E. Bruckman and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of Frank Reda and Others, Appellants, for an Order of Mandamus against Thomas W. Hammond, as Commissioner of the Department of Sanitation of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of The Transit Commission, Acting for and on Behalf of the City of New York, Pursuant to Chapter 4 of the Laws of 1891 and the Several Statutes Amendatory Thereof and Supplemental Thereto, Relative to Acquiring an Estate in Fee Simple Absolute in and to Certain Premises between Westchester and Blondell Avenues, Eastchester Road, Haswell Street and Waters Avenue, in the Borough of Bronx, City of New York, for the Construction, Maintenance and Operation of a Terminal Storage Yard and Inspection Shed for Use in Connection with Certain Municipal Rapid Transit Railroads. Ardell Freydberg and Grace Gabel, as Executrix, etc., Appellants; Lilian H. W. Levy, as Executrix, etc., Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of Michael Boylan and James P. Morrissey, Appellants, for an Order of Mandamus against James E. Finegan and Others, as Members of the Municipal Civil Service Commission of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Fuad A. Salamy, Appellant, v. The Rieser Company, Inc., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Jesse H. Wisan, Receiver in Supplementary Proceedings of Morris Kanter, Respondent, v. Kallman Kanter, Appellant. Kallman Kanter, Appellant, v. Jesse H. Wisan, Receiver in Supplementary Proceedings of Morris Kanter, Respondent, and Gussie Kanter, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of Joseph E. Gilbert for an Order Requiring Timken Realty Corporation to Pay Surplus of Income from Premises 501 Seventh Avenue, New York City, to Be Applied Towards the Reduction of Past Due Principal on Mortgage Covering Said Premises. Timken Realty Corporation, Appellant; Joseph E. Gilbert, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.